# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivan Harvey,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:09-cv-445-MU

Richard Neely, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2009 Order.

Signed: November 6, 2009

Frank G. Johns, Clerk
United States District Court